# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MICHAEL GREENE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRESNO COUNTY JAIL STAFF, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-01385-GBC (PC)<br><br>ORDER DIRECTING PAYMENT<br>OF INMATE FILING FEE |

　　　　To The Director of the Fresno County Jail, 2200 Fresno St., Fresno, California 93721:

　　　　Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Fresno County Jail is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

　　　　In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

　　　　　　　1. The Director of the Fresno County Jail or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the

1  Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2),
2  until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall
3  be clearly identified by the name and number assigned to this action.
4    2. The Clerk of the Court is directed to serve a copy of this order and a copy of
5  plaintiff's in forma pauperis affidavit on the Director of the Fresno County Jail.
6    3. The Clerk of the Court is directed to serve a copy of this order on the Financial
7  Department, U.S. District Court, Eastern District of California, Fresno Division.
8  IT IS SO ORDERED.

Dated:  August 27, 2012         UNITED STATES MAGISTRATE JUDGE